MATTER OF LAMOREE.

IN this matter of the application against John J. Lamoree, the court held that the motion should be denied. "The allegations on which the motion was made seem to rest more upon the suspicions of the parties making them than upon satisfactory evidence, and they have, we think, been completely refuted by the evidence submitted by Mr. Lamoree."

GILBERT, J. *Motion denied.*